UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:  **Joseph Dale Harkins**
**Hiedi L Harkins**

Case No. 13-33671
Chapter 13
Trustee: _____

Debtor(s).

## AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1. PETITION ____ REOPENING: Yes ____ No ____ CONVERSION(13 to 7) Yes ____ No ____
   When changing debtor's address, please file separate change of address form.
   When amending, please submit the changes/additions **only**!

2. SCHEDULES: A ____ B ____ C ____ D ____ E ____ F ____ G ____ H ____ I ____ J ____ K ____
   Are you changing the address, amounts, etc., or adding a creditor?
   Changing ____ Adding ____ ($30.00 amendment fee required for D, E, & F; OR ____ IFP Waiver)

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: _____
4. STATEMENT OF AFFAIRS: _____
5. AMENDED CHAPTER 13 PLAN: _____

---

If you have amended schedules D, E, F by adding a creditor, you owe $30.00 amendment fee. Fee attached _____

If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary.
No fee attached _____
**Reason no fee is attached** _____

---

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

---

I declare under penalty of perjury that the information provided in this attached amendment is true and correct.

/s/ Joseph Dale Harkins                January 16, 2014        /s/ Hiedi L Harkins         January 16, 2014
Joseph Dale Harkins                    Date                     Hiedi L Harkins             Date
Debtor                                                           Joint Debtor

---

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes __ No __

Scott T. Blotter 06185
ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s)):

_____ 341 Notice to creditors added by this amendment.
_____ Discharge Notice to creditors added by this amendment.
_____ Amended Chapter 13 Plan to all creditors.

**January 16, 2014**
DATED

Scott T. Blotter 06185
ATTORNEY FOR DEBTOR(S)

**Fill in this information to identify your case:**

Debtor 1  Joseph Dale Harkins

Debtor 2  Hiedi L Harkins
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number  13-33671
(If known)

Check if this is:

☒ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

# Official Form B 6J
## Schedule J: Your Expenses                                                                 12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ☐ No. Go to line 2.
   ☒ Yes. Does Debtor 2 live in a separate household?

   ☒ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?    ☐ No

   Do not list Debtor 1 and Debtor 2.
   ☒ Yes. Fill out this information for each dependent...........
   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 10 | ☐ No  ☒ Yes |
| Daughter | 12 | ☐ No  ☒ Yes |
| Daughter | 15 | ☐ No  ☒ Yes |
| Daughter | 16 | ☒ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?    ☒ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $    1,489.30

   If not included in line 4:

   4a. Real estate taxes    4a. $    0.00
   4b. Property, homeowner's, or renter's insurance    4b. $    0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $    242.00
   4d. Homeowner's association or condominium dues    4d. $    0.00
5. Additional mortgage payments for your residence, such as home equity loans    5. $    0.00

Official Form B 6J                              Schedule J: Your Expenses                              page 1

Debtor 1   Joseph Dale Harkins
Debtor 2   Hiedi L Harkins                                                                    Case number (if known) **13-33671**

6. Utilities:
   - 6a. Electricity, heat, natural gas — 6a. $ 225.00
   - 6b. Water, sewer, garbage collection — 6b. $ 72.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 0.00
   - 6d. Other. Specify: **Centurylink / internet** — 6d. $ 63.33
     - **Directv** — $ 113.63
     - **cell phone** — $ 175.00
7. Food and housekeeping supplies — 7. $ 1,000.00
8. Childcare and children's education costs — 8. $ 0.00
9. Clothing, laundry, and dry cleaning — 9. $ 232.00
10. Personal care products and services — 10. $ 75.00
11. Medical and dental expenses — 11. $ 290.00
12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 500.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books — 13. $ 100.00
14. Charitable contributions and religious donations — 14. $ 0.00
15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 215.00
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ 0.00
17. Installment or lease payments:
    - 17a. Car payments for Vehicle 1 — 17a. $ 0.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: — 17c. $ 0.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I). — 18. $ 0.00
19. Other payments you make to support others who do not live with you. Specify: — 19. $ 0.00
20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. Other: Specify:   **pet care** — 21. +$ 54.00
22. Your monthly expenses. Add lines 4 through 21. The result is your monthly expenses. — 22. $ 4,846.26
23. Calculate your monthly net income.
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ 5,187.49
    - 23b. Copy your monthly expenses from line 22 above. — 23b. -$ 4,846.26
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* — 23c. $ 341.23
24. Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ■ No.
    ☐ Yes. Explain: